IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARISTA RECORDS LLC, a Delaware
limited liability company; BMG MUSIC, a
New York general partnership; CAPITOL
RECORDS, INC., a Delaware corporation;
EMI CHRISTIAN MUSIC GROUP INC., a
California corporation; INTERSCOPE
RECORDS, a California general
partnership; LAFACE RECORDS LLC, a
Delaware limited liability company;
MAVERICK RECORDING COMPANY, a
California joint venture; PRIORITY
RECORDS LLC, a California limited
liability company; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
and WARNER BROS. RECORDS INC., a
Delaware corporation,

        Plaintiffs,

vs.

DOES 1 - 6,

        Defendants.

CIVIL ACTION No._____

## **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiffs, ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; EMI

CHRISTIAN MUSIC GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC;

MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC

ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and

WARNER BROS. RECORDS INC., by their attorneys, for their complaint against Defendant

128.175.141.158 2007-02-08 07:00:22 Est, allege as follows:

## NATURE OF THE ACTION

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper. <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

2

6.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.    EMI Christian Music Group Inc is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of Tennessee.

8.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

9.    Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.    Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

11.    Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

12.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

13.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

14.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.[1] Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

17.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

---

[1] Two of the Does in this case have contacted Plaintiffs and provided some limited information, which in some cases includes a name and phone number.  However, the information provided to Plaintiffs may not be accurate.  Plaintiffs have no way to verify the accuracy of the information nor do they have sufficient identifying information to serve the complaint on those individuals at this time.  Plaintiffs will continue to refer to such individuals as Does until a subpoena response provides complete identifying information.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

18.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

19.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

20.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

21.     Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs'

copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

22.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

23.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

24.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

25.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant

from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies

of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or
indirectly infringing Plaintiffs' rights under federal or state law in
the Copyrighted Recordings and any sound recording, whether now
in existence or later created, that is owned or controlled by
Plaintiffs (or any parent, subsidiary, or affiliate record label of
Plaintiffs) ("Plaintiffs' Recordings"), including without limitation
by using the Internet or any online media distribution system to
reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to
distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except
pursuant to a lawful license or with the express authority of
Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
Recordings that Defendant has downloaded onto any computer
hard drive or server without Plaintiffs' authorization and shall
destroy all copies of those downloaded recordings transferred onto
any physical medium or device in Defendant's possession, custody,
or control."

2.     For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.     For Plaintiffs' costs in this action.

4.     For Plaintiffs' reasonable attorneys' fees incurred herein.

5.     For such other and further relief as the Court may deem just and proper.

DATED:  September 19, 2007

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs ARISTA
RECORDS LLC; BMG MUSIC; CAPITOL
RECORDS, INC.; EMI CHRISTIAN
MUSIC GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC;
MAVERICK RECORDING COMPANY;
PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; and WARNER BROS.
RECORDS INC.

## EXHIBIT A DOE LIST

**Doe # 1**                    **IP Address:**  128.175.108.227 2007-03-14 10:14:12 EDT

**Doe # 2**                    **IP Address:**  128.175.141.158 2007-02-08 07:00:22 EST

**Doe # 3**                    **IP Address:**  128.175.68.54 2007-02-23 07:39:54 EST

**Doe # 4**                    **IP Address:**  128.175.77.161 2007-03-10 19:49:47 EST

**Doe # 5**                    **IP Address:**  128.175.224.71 2007-05-25 07:30:12 EDT

**Doe # 6**                    **IP Address:**  128.175.45.181 2007-02-28 05:23:35 EST

# EXHIBIT A

**IP Address:** 128.175.108.227 2007-03-14 10:14:12 EDT          **CASE ID#** 121779280

**P2P Network:** Gnutella          **Total Audio Files:** 151

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| Warner Bros. Records Inc. | Van Halen | Jump | 1984 (MCMLXXXIV) | 52-319 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| UMG Recordings, Inc. | Bon Jovi | It's My Life | Crush | 281-803 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |

# EXHIBIT A

**IP Address:** 128.175.141.158 2007-02-08 07:00:22 EST          **CASE ID#** 117596703

**P2P Network:** Gnutella                                        **Total Audio Files:** 439

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| UMG Recordings, Inc. | Eiffel 65 | Blue (Da Ba Dee) | Europop | 258-753 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | Ill Communication | 213-461 |
| UMG Recordings, Inc. | Shaggy | Angel | Hot Shot Ultramix | 306-657 |
| UMG Recordings, Inc. | Styx | Come Sail Away | The Grand Illusion | N43654 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |

**EXHIBIT A**

**IP Address:** 128.175.68.54 2007-02-23 07:39:54 EST          **CASE ID#** 119397234

**P2P Network:** Gnutella          **Total Audio Files:** 407

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Styx | Come Sail Away | The Grand Illusion | N43654 |
| BMG Music | NSYNC | I Drive Myself Crazy | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| Virgin Records America, Inc. | DiVinyls | I Touch Myself | DiVinyls | 127-625 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I'm Alive | A New Day Has Come | 311-366 |

## EXHIBIT A

**IP Address:** 128.175.77.161 2007-03-10 19:49:47 EST          **CASE ID#** 121327998

**P2P Network:** Gnutella                                        **Total Audio Files:** 184

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Motown Record Company, L.P. | Boyz II Men | Yesterday | II | 196-004 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| Arista Records LLC | Clipse | Virginia | Lord Willin' | 321-673 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| UMG Recordings, Inc. | Jay-Z | Blueprint (Momma Loves Me) | The Blueprint | 301-441 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | Jay-Z | 1-900-Hustler | The Dynasty - Roc La Familia 2000 | 295-613 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |

# EXHIBIT A

**IP Address:** 128.175.224.71 2007-05-25 07:30:12 EDT          **CASE ID#** 130512836

**P2P Network:** AresWarez          **Total Audio Files:** 2567

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Prince | Come | Come | 215-410 |
| Virgin Records America, Inc. | Janet Jackson | I Want You | Damita Jo | 358-804 |
| UMG Recordings, Inc. | Ludacris | Pimpin' All Over The World | The Red Light District | 364-863 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Virgin Records America, Inc. | Janet Jackson | You | The Velvet Rope | 261-516 |
| EMI Christian Music Group Inc. | CeCe Winans | I Surrender All | Alone In His Presence | 217-230 |
| Capitol Records, Inc. | Chingy | Chingy Jackpot | Jackpot | 343-105 |
| UMG Recordings, Inc. | Dru Hill | I Love You | Dru World Order | 320-923 |

# EXHIBIT A

**IP Address:** 128.175.45.181 2007-02-28 05:23:35 EST          **CASE ID#** 120020257

**P2P Network:** Gnutella          **Total Audio Files:** 348

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Kill You | The Marshall Mathers LP | 287-944 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Interscope Records | Eminem | Drips | Eminem Show | 317-924 |
| BMG Music | O-Town | Liquid Dreams | O-Town | 294-872 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

**DEFENDANTS**

DOES 1 - 6

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(b)** County of Residence of First Listed Plaintiff **New York County, NY**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert S. Goldman          Telephone:  302-655-4200
Lisa C. McLaughlin        Facsimile:  302-655-4210
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW 405(g) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities- Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities- Other | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 another district (specify)  [Transferred from]
☐ 6 Multidistrict Litigation
☐ 7 District Judge from Magistrate Judgment  [Appeal to]

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Statutory damages; injunction

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE _____ DOCKET NUMBER _____

DATE
September 19, 2007

SIGNATURE OF ATTORNEY OF RECORD
*Robert S. Goldman*

## FOR OFFICE USE ONLY

RECEIPT# _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | **United States District Court** |
| DOCKET NO.          DATE FILED | **District of Delaware**<br>**844 N. King Street**<br>**Wilmington, DE 19801** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.** | **DOES 1 - 6** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 128.175.108.227 2007-03-14 10:14:12 EDT          **CASE ID#** 121779280

**P2P Network:** Gnutella          **Total Audio Files:** 151

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| Warner Bros. Records Inc. | Van Halen | Jump | 1984 (MCMLXXXIV) | 52-319 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| UMG Recordings, Inc. | Bon Jovi | It's My Life | Crush | 281-803 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |

**EXHIBIT A**

**IP Address:** 128.175.141.158 2007-02-08 07:00:22 EST

**CASE ID#** 117596703

**P2P Network:** Gnutella

**Total Audio Files:** 439

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| UMG Recordings, Inc. | Eiffel 65 | Blue (Da Ba Dee) | Europop | 258-753 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | Ill Communication | 213-461 |
| UMG Recordings, Inc. | Shaggy | Angel | Hot Shot Ultramix | 306-657 |
| UMG Recordings, Inc. | Styx | Come Sail Away | The Grand Illusion | N43654 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |

# EXHIBIT A

**IP Address:** 128.175.68.54 2007-02-23 07:39:54 EST          **CASE ID#** 119397234

**P2P Network:** Gnutella          **Total Audio Files:** 407

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Styx | Come Sail Away | The Grand Illusion | N43654 |
| BMG Music | NSYNC | I Drive Myself Crazy | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| Virgin Records America, Inc. | DiVinyls | I Touch Myself | DiVinyls | 127-625 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I'm Alive | A New Day Has Come | 311-366 |

## EXHIBIT A

**IP Address:** 128.175.77.161 2007-03-10 19:49:47 EST          **CASE ID#** 121327998

**P2P Network:** Gnutella          **Total Audio Files:** 184

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Motown Record Company, L.P. | Boyz II Men | Yesterday | II | 196-004 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| Arista Records LLC | Clipse | Virginia | Lord Willin' | 321-673 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| UMG Recordings, Inc. | Jay-Z | Blueprint (Momma Loves Me) | The Blueprint | 301-441 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | Jay-Z | 1-900-Hustler | The Dynasty - Roc La Familia 2000 | 295-613 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |

**EXHIBIT A**

**IP Address:** 128.175.224.71 2007-05-25 07:30:12 EDT          **CASE ID#** 130512836

**P2P Network:** AresWarez                                       **Total Audio Files:** 2567

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Prince | Come | Come | 215-410 |
| Virgin Records America, Inc. | Janet Jackson | I Want You | Damita Jo | 358-804 |
| UMG Recordings, Inc. | Ludacris | Pimpin' All Over The World | The Red Light District | 364-863 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Virgin Records America, Inc. | Janet Jackson | You | The Velvet Rope | 261-516 |
| EMI Christian Music Group Inc. | CeCe Winans | I Surrender All | Alone In His Presence | 217-230 |
| Capitol Records, Inc. | Chingy | Chingy Jackpot | Jackpot | 343-105 |
| UMG Recordings, Inc. | Dru Hill | I Love You | Dru World Order | 320-923 |

# EXHIBIT A

**IP Address:** 128.175.45.181 2007-02-28 05:23:35 EST          **CASE ID#** 120020257

**P2P Network:** Gnutella                                        **Total Audio Files:** 348

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Kill You | The Marshall Mathers LP | 287-944 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Interscope Records | Eminem | Drips | Eminem Show | 317-924 |
| BMG Music | O-Town | Liquid Dreams | O-Town | 294-872 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__9/19/07_____
(Date forms issued)

_____
(Signature of Party or their Representative)

____JOHN  D.  RITTER____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action