IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; EMI CHRISTIAN MUSIC GROUP INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>DOES 1 - 6,<br><br>      Defendants. | CIVIL ACTION No. 07-563 |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

The following company is the parent of Plaintiff ARISTA RECORDS LLC:

BMG Music, a New York general partnership

The following companies are parents of Plaintiff BMG MUSIC: Ariola Eurodisc

LLC and SONY BMG MUSIC ENTERTAINMENT, neither of which is publicly traded.

The following company is the parent of Plaintiff CAPITOL RECORDS, INC.: EMI Group PLC., which is publicly traded in the U.K.

The following company is the parent of Plaintiff EMI Christian Music Group Inc.: EMI Group PLC., which is publicly traded in the U.K.

The following company is the parent of Plaintiff INTERSCOPE RECORDS: Vivendi S.A., which is publicly traded in France.

The following company is the parent of Plaintiff LAFACE RECORDS LLC: SONY BMG MUSIC ENTERTAINMENT, which is owned by Bertelsmann AG, which is not publicly traded and Sony Corporation, which is publicly traded in the U.S.

The following company is the parent of Plaintiff MAVERICK RECORDING COMPANY: SR/MDM Venture, Inc. and Maverick Records LLC. SR/MDM Venture, Inc. is owned by Warner Music Group Corp., a publicly-traded company in the U.S.

The following company is the parent of Plaintiff PRIORITY RECORDS LLC: EMI Group PLC., which is a publicly traded company in the U.K.

The following companies are parents of Plaintiff SONY BMG MUSIC ENTERTAINMENT: Bertelsmann AG and Sony Corporation. Sony Corporation is publicly traded in the U.S.

The following company is the parent of Plaintiff UMG RECORDINGS, INC.: Vivendi S.A., which is publicly traded in France.

The following company is the parent of Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Group PLC., which is publicly traded in the U.K.

The following company is the parent Plaintiff WARNER BROS. RECORDS

INC.: Warner Music Group Corp., which is publicly traded in the U.S.

DATED: September 27, 2007

*[signature: Robert S. Goldman]*

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.