# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

December 18, 2007

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

  Re: Arista Records, LLC, et al. v. DOES 1-6
     C.A. No. 07-563

Dear Judge Thynge:

  I represent the Plaintiffs in the above captioned matter. On September 19, 2007 I filed a copyright infringement complaint and an Ex Parte Application for Leave to Take Immediate Discovery, in order to determine the identity of the proper party defendants. The application is unopposed. Accordingly, I am respectfully requesting that the Application for Leave be set for hearing or teleconference. I will make myself available as the Court wishes. Thank you for your consideration in this matter.

               Respectfully submitted,

               ROBERT S. GOLDMAN

RSG:mmo