**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARISTA RECORDS LLC, et al., | : | |
| Plaintiffs, | : : : | |
| v. | : : | Civil Action No. 07-563-*** |
| DOES 1-6, | : : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **19th** day of **December, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 7, 2008 at 1:00 p.m.** with Magistrate Judge Thynge. **Robert S. Goldman, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE