IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTA RECORDS LLC, et al., | : |
| Plaintiffs | : |
| v. | : Civil Action No. 07-563 |
| DOES 1-6, | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and attached certification, counsel moves for the admission pro hac vice of Moshe Rothman, Esquire, of Holme, Roberts & Owen, LLP, 1700 Lincoln Street, Suite 4100, Denver, CO 80203 to represent the Plaintiffs, in the above-referenced action.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ Robert S. Goldman_
ROBERT S. GOLDMAN, ESQ. (No.2508)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Attorney for Plaintiffs

Dated: January 3, 2008

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am general familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the ■ Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

HOLME, ROBERTS & OWEN, LLP

_____
Moshe Rothman, Esquire
1700 Lincoln Street
Suite #4100
Denver, CO 80203
(301) 861-7000

DATE: January 3, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                                       U.S. District Court Judge